## LEGISLATIVE APPORTIONMENT.

IN THE MATTER OF HOUSE RESOLUTION RELATING TO CONSTITUTIONALITY OF LEGISLATION REDISTRICTING THE STATE FOR LEGISLATIVE PURPOSES.

FOR the provision of the constitution involved in this question, and an account of the previous legislation which affects it, see the case immediately following this.

PER CURIAM.    The question submitted is, " Can a bill be passed at this session of the general assembly for a legislative apportionment of this state which will not be in conflict with section 45, article 5, of the state constitution? "

The statutes containing no act adopted since the year 1885, relative to the matter submitted, we answer the question propounded affirmatively.